**Bennett, Giuliano, McDonnell & Perrone, LLP**
Attorneys for Plaintiff – Intervenor Vinik Marine
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121
William R. Bennett, III (WB 1383)
wbennett@bgmplaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
------------------------------------------------------------X
VINIK MARINE Inc.,                          .                              08 –cv-5553

        Plaintiff - Intervenor,
------------------------------------------------------------X
IRONHEAD MARINE, Inc.,
                                                                                   **NOTICE OF MOTION**
        Plaintiff,                                          **TO INTERVENE**
-against-

Barge EXIDERDROME No. 1, in rem

        Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Vinik Marine Inc., by and through its undersigned attorneys, hereby move this Honorable Court to grant Vinik Marine Inc. the right to Intervene as party plaintiff, pursuant to Federal Rule of Civil Procedure 24(a)(2) and 24(b)(2), for the reasons set forth in the accompanying Memorandum of Law.

Dated: New York, New York
      March 11, 2009

                                          Bennett, Giuliano, McDonnell & Perrone, LLP
                                          Attorneys for Plaintiff-Intervenor

                                          */s/ William R. Bennett*
                                          William R. Bennett, III
                                          494 Eighth Avenue, 7th Floor
                                          New York, New York 10001
                                          Telephone:   (646) 328-0120
                                          Facsimile:    (646) 328-0121
                                          wbennett@bgmplaw.com